UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
 )
        Plaintiff, )
 )
v. )   Case No. 4:06-CR-289
 )
THOMAS HENRY MOODY, )
 )
        Defendant. )

## ORDER TO SUBSTITUTE RESTITUTION PAYEE INFORMATION

This cause came for consideration upon the government's motion to: (1) Substitute the restitution payee, and (2) Reissue restitution checks payable to the surviving spouse of the decedent restitution payee.

On November 28, 2006, this Court imposed a judgment on Defendant Thomas Henry Moody, wherein he was ordered to pay restitution to victim, Robert Earl Blue in the amount of $7,422.75. (Doc. 23). Mr. Blue passed away in February 2014 and is survived by his spouse, Rosetta Blue. In accordance with the Mandatory Victim Restitution Act, the victim's right to restitution payments may be transferred to the another family member, pursuant to 18 U.S.C. § 3663(a)(2).

The Government, through its motion to this Court, requests that this Court grant an order to substitute restitution payee information, and reissue previous payment to the new payee. The Court concludes that cause exists to grant the motion and, therefore, it is hereby:

ORDERED that the Government's Motion to Substitute Restitution Payee Information is GRANTED.

This 16TH day of November, 2017.

U.S. MAGISTRATE JUDGE G.R. SMITH
SOUTHERN DISTRICT OF GEORGIA